UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JASON ALLEN DINGER        PLAINTIFF

VERSUS        CIVIL ACTION NO. 1:09CV421-RHW

JOE GARCIA        DEFENDANT

## FINAL JUDGMENT

This matter came before the Court for a bench trial on September 8, 2010.  In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Findings of Fact and Conclusions of Law entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the Court finds for the Defendant and that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 18th day of October, 2010.

                                                         s/ *Robert H. Walker*
                                                        UNITED STATES MAGISTRATE JUDGE